In the Matter of the Appraisal of the Estate of JAMES S. GIBBES, Deceased, under the Transfer Tax Act.

THE COMPTROLER OF THE STATE OF NEW YORK, Appellant; CHARLES H. SIMONTON et al., as Trustees for the CITY OF CHARLESTON, SOUTH CAROLINA, et al., Respondents.

*Matter of Gibbes*, 84 App. Div. 510, affirmed.
(Argued October 7, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1903, which reversed an order of the New York County Surrogate's Court appraising the estate of James S. Gibbes, deceased, under the Transfer Tax Act.

*Bertram L. Kraus* and *Henry B. Wesselman* for appellant.

*Richard Reid Rogers* and *James F. Horan* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.